UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULES HAMPTON | CIVIL ACTION |
| VERSUS | No. 11-1573 |
| ST. JAMES STEVEDORING PARTNERS, LLC | SECTION I |

### ORDER OF DISMISSAL

The Court having been advised by counsel that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action is dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.  The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.  **COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, February 14, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE